MORGAN, LEWIS & BOCKIUS LLP
Douglas R. Hart, Bar No. 115673
Jacqueline Dack, Bar No. 358780
douglas.hart@morganlewis.com
jacqueline.dack@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Plaintiff
AIRGAS USA, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRGAS USA, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>TEAMSTERS LOCAL 542, and INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>  Defendant. | Case No. 3:25-cv-1889-RBM-MMP<br><br>**NOTICE OF APPEARANCE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

NOTICE OF APPEARANCE
3:25-CV-1889-RBM-MMP

**TO THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Jacqueline Dack, of the law firm Morgan, Lewis & Bockius LLP, hereby enters an appearance as counsel of record on behalf of Defendants Airgas USA, LLC in the above-captioned matter, and respectfully requests that copies of all pleadings, notices, motions, and other documents filed in the case be served on the undersigned as follows:

Jacqueline Dack, Bar No. 358780
**MORGAN, LEWIS & BOCKIUS LLP**
2049 Century Park Suite 700
Los Angeles, CA 90067
Tel:   +1.310.907.1000
jacqueline.dack@morganlewis.com

Dated: August 15, 2025                     MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Jacqueline Dack*
Douglas Hart
Jacqueline Dack
Attorneys for Defendant
AIRGAS USA, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

2

NOTICE OF APPEARANCE
3:25-CV-1889-RBM-MMP