MORGAN, LEWIS & BOCKIUS LLP
Douglas R. Hart, Bar No. 115673
Jacqueline Dack, Bar No. 358780
douglas.hart@morganlewis.com
jacqueline.dack@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Plaintiff
AIRGAS USA, LLC

*[additional counsel listed on following page]*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRGAS USA, LLC,<br><br>               Plaintiff,<br><br>        vs.<br><br>TEAMSTERS LOCAL 542, and<br>INTERNATIONAL BROTHERHOOD<br>OF TEAMSTERS,<br><br>               Defendants. | Case No.: 3:25-cv-1889-RBM-MMP<br><br>**JOINT MOTION TO DISMISS ACTION**<br><br>**[S.D. CAL. LOCAL RULE 7.2]** |

Fern M. Steiner, Esq.
State Bar No. 118588
Fern Steiner Law, APC
1455 Frazee Road, Suite 500
San Diego, CA 92108
Telephone: (619) 941-6108
E-mail: fsteiner@fsteinerlaw.com

Attorney For Defendant
TEAMSTERS LOCAL 542

Julie Gutman Dickinson (SBN 148267)
jgutmandickinson@bushgottlieb.com
Jason Wojciechowski (SBN 263811)
jasonw@bushgottlieb.com
Bush Gottlieb
A Law Corporation
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260
Telephone: (818) 973-3200
Facsimile: (818) 973-3201

Attorneys for Defendant
INTERNATIONAL BROTHERHOOD
OF TEAMSTERS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to Local Rule 7.2, Plaintiff Airgas USA LLC ("Plaintiff") and Defendants Teamsters Local 542 and International Brotherhood of Teamsters ("Defendants") (collectively, the "Parties") hereby stipulate and jointly move as follows:

WHEREAS, on July 25, 2025, Plaintiff filed a complaint in United States District Court, Southern District of California, Case No. 3:25-cv-1889, alleging breach of contract under Section 301 of the Labor Management Relations Act (the "Action").

WHEREAS, the Parties have engaged in informal settlement discussions and have agreed and stipulate to dismissal of this Action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties that the Action be and hereby is voluntarily and finally dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

So stipulated:

| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By */s/ Jason Wojciechowski*<br>Julie Gutman Dickinson<br>Jason Wojciechowski | By */s/ Douglas Hart*<br>Douglas R. Hart<br>Jacqueline Dack |
| Attorneys for Defendant<br>INTERNATIONAL<br>BROTHERHOOD OF<br>TEAMSTERS | Attorneys for Plaintiff<br>AIRGAS USA, LLC |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

TEAMSTERS LOCAL 542


By  */s/ Fern M. Steiner*  _____

Fern M. Steiner

Attorney for Defendant
TEAMSTERS LOCAL 542

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES